AO 93 (Rev. 5/85) Search Warrant

# United States District Court

__Northern__ DISTRICT OF __Ohio, Eastern Division__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One U. S. Postal Service Priority Mail parcel bearing e/USPS Delivery Confirmation No. 420 44512 9405 5036 9930 0458 7940 31 addressed to Avon Mitchell, 30 Erskine Ave, Boardman OH 44512 with a return address of Cindy Wade, 3220 W. Champaine Dr., Tucson AZ 85745,

**SEARCH WARRANT**

CASE NUMBER: 1:12 MJ 4076

TO: __Martin J. Cernelich, Postal Inspector__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Martin J. Cernelich__ who has reason to
                                                    Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

One U. S. Postal Service Priority Mail parcel bearing e/USPS Delivery Confirmation No. 420 44512 9405 5036 9930 0458 7940 31 addressed to Avon Mitchell, 30 Erskine Ave, Boardman OH 44512 with a return address of Cindy Wade, 3220 W. Champaine Dr., Tucson AZ 85745,

In the __Northern__ District of __Ohio, Eastern Division__ there is now concealed a certain person or property, namely (describe the person or property)

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premise above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __9 April 2012__
                                                            Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Nancy A. Vecchiarelli__ as required by law.
                                                                  U.S. Judge or Magistrate

March 29, 2012  3:56 p.m. at Cleveland, Ohio
Date and Time Issued                City and State

Nancy A. Vecchiarelli., U. S. Magistrate Judge
Name and Title of Judicial Officer

_/s/ Nancy Vecchiarelli_
Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 1:12 MJ 4076 | Date and time warrant executed: <br> 3/29/2012 4:05 pm | Copy of warrant and inventory left with: |

Inventory made in the presence of :
Peggy Krusinski, General Analyst

Inventory of the property taken and name of any person(s) seized:

USPS Priority Mail parcel bearing e/USPS delivery confirmation no. 420 44512 9405 5036 9930 0458 7940 31 described on reverse and related packaging materials. One contact paper wrapped bundle of suspected marijuana, having a total approximate gross weight of 24 lbs., 13.4 oz.

2012 APR 12 PM 3:0[?]
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OH[IO]
CLEVELAND

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-12-12

*Executing officer's signature*

Martin J. Cernelich, Postal Inspector
*Printed name and title*